CHARLES S. PAINTER (SBN 89045)
GRAHAM M. CRIDLAND (SBN 243646)
**ERICKSEN ARBUTHNOT**
100 Howe Avenue, Suite 110 South
Sacramento, CA  95825-8201
(916) 483-5181 Telephone
(916) 483-7558 Facsimile

Attorneys for Defendant, TAMKO BUILDING PRODUCTS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT HOEKMAN, ET AL, | Case No.: 2:14-CV-01581-TLN-KJN |
| Plaintiff, | **STIPULATION AND ORDER TO STAY RESPONSIVE PLEADINGS** |
| vs. | |
| TAMKO BUILDING PRODUCTS, INC, | |
| Defendant. | |

Plaintiffs ROBERT HOEKMAN and LINDA HOEKMAN, for themselves and all others similarly situated, by and through their attorneys David Birka-White of Birka-White Law Offices and Defendant TAMKO BUILDING PRODUCTS, INC., by and through its attorneys Charles S. Painter and Graham M. Cridland of ERICKSEN ARBUTHNOT, hereby stipulate and agree as follows:

WHEREAS, Defendant TAMKO BUILDING PRODUCTS, INC. intends to file a motion to compel arbitration and dismiss the proceeding pursuant to the terms and conditions of the arbitration agreement entered into between the parties;

WHEREAS, the parties stipulate to stay all other deadlines in the case (including the deadline for responsive pleadings), while the motion to compel arbitration is pending.

//

//

STIPULATION
14-133/PLEADING.002                                - 1 -
CSP:GMC:

| | | |
|---|---|---|
|1|DATED:  9/15/2014|BIRKA-WHITE LAW OFFICES|
|2| |By  /s/ *David M. Birka-White*<br>          as authorized on 9/15/2014|
|3| | |
|4| |DAVID M. BIRKA-WHITE (SBN 85721)<br>dbw@birka-white.com<br>Mindy M. Wong (SBN 267820)|
|5| |BIRKA-WHITE LAW OFFICES<br>65 Oak Court|
|6| |Danville, CA  94526<br>Telephone:  (925)362-9999|
|7| |Facsimile: (925) 362-9970|
|8| |Jordan L. Chaikin<br>jchaikan@yourlawyer.com|
|9| |PARKER WAICHMAN LLP<br>3301 Bonita Beach Road, Suite 101|
|10| |Bonita Springs, FL  34134<br>Telephone: (239) 390-1000|
|11| |Facsimile:  (239) 390-0055|
|12| |Daniel KI. Bryson<br>dan@wbmllp.com|
|13| |Scott C. Harris<br>scott@wbmllp.com|
|14| |WHITFIELD BRYSON & MASON LLP<br>3700 Glenwood Ave., Suite 410|
|15| |Raleigh, North Carolina  27612<br>Telephone: (919) 981-0191|
|16| |Facsimile :  (919) 981-0341|
|17| |Christopher L. Coffin<br>ccoffin@pbclawfirm.com|
|18| |PENDLEY, BAUDIN & COFFIN, L.L.P.<br>1515 Poydras Street, Suite 1400|
|19| |New Orleans, LA  70112<br>Telephone: (504) 355-0086|
|20| |Facsimile : (504) 523-0699|
|21| |Attorneys for Plaintiffs<br>ROBERT and LINDA HOEKMAN|
|22| | |
|23|DATED:    9/15/2014| |
|24| |ERICKSEN ARBUTHNOT|
|25| | |
|26|                                                By|*[signature]*|
|27| |CHARLES S. PAINTER<br>GRAHAM M. CRIDLAND|
|28| |Attorneys for Defendant, TAMKO<br>BUILDING PRODUCTS, INC.|

STIPULATION
14-133/PLEADING.002                - 2 -
CSP:GMC:

IT IS SO ORDERED.

Dated: September 16, 2014

_____
Troy L. Nunley
United States District Judge